UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 20052
   SAMANTHA ALVARADO
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2069
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/29/07 and confirmed on 01/23/08.

2. The case was converted to Chapter 7 after confirmation, 12/05/2008.

3. The Debtor paid a total of $  1061.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME LOAN SERVICES INC | CURRENT MORTG | .00 | .00 | .00 |
| KAHUNA PAYMENT SOLUTIONS | SECURED | .00 | .00 | .00 |
| TOTAL FINANCE LLC | SECURED | .00 | .00 | .00 |
| ACCUCREDIT SA | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 404.24 | .00 | .00 |
| CASCADE FOREST PRODUCTS | UNSECURED | 21479.37 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 360.41 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 777.16 | .00 | .00 |
| ILLINOIS POWER CO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | 520.69 | .00 | .00 |
| ILLINOIS VALLEY FAMILY M | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY PATHOLOG | UNSECURED | NOT FILED | .00 | .00 |
| MEDIACOM | UNSECURED | NOT FILED | .00 | .00 |
| MEDIACOM | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY HOSPITAL OF OT | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS HEALTH SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| WORLD ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD ACCEPTANCE CORP | UNSECURED | 583.91 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 106.28 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 24232.06 | .00 | 24232.06 |

```
PRINCIPAL PAID                  .00           .00            .00           .00           .00
INTEREST PAID                   .00           .00            .00           .00           .00
TOTAL PAID                      .00           .00            .00           .00           .00
```
The Debtor's attorney, ARMSTRONG & SURIN            , was allowed $   3500.00
and was paid $    1026.00  direct and $     999.45  through the plan.

The Trustee received $       61.55 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/18/09                    /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE